UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal)

UNITED STATES OF AMERICA                           No. 19-219 "L"
         VS.
MARIO SOLOMON

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff, Riverbend Detention Center

GREETING: --

You or one of your authorized deputies are hereby ordered and directed to surrender the body of MARIO SOLOMON, now confined in the Riverbend Detention Center, Lake Providence, Louisiana, to the United States Marshals Service, to be thereafter produced on or before the 18th day of December, 2019 at 11:00 a.m., before the Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge, to appear for an Initial Appearance, after which MARIO SOLOMON is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 6th day of December, 2019

WILLIAM W. BLEVINS, CLERK

BY: _____
            Deputy Clerk