UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-219** |
| v. | * | **SECTION: "L"** |
| **DAMIAN K. LABEAUD** | * | |
|    a/k/a Damian Kevin Lebeaud | | |
|    a/k/a Damien K. Lebeaud | * | |
| **LUCINDA THOMAS** | | |
| **MARY WADE** | * | |
| **JUDY WILLIAMS** | | |
|    a/k/a Judy Lagarde | * | |
| **DASHONTAE YOUNG** | | |
| **GENETTA ISRAEL** | * | |
| **MARIO SOLOMON** | | |
|    a/k/a Mario Salomon | * | |
| **LARRY WILLIAMS** | | |
| | * | |

\*   \*   \*

## MOTION BY THE UNITED STATES FOR A PROTECTIVE ORDER

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America requests that the Court enter a Protective Order limiting the disclosure of discovery materials to be produced in this case. A proposed Protective Order is attached to this pleading as Ex. 1. In support of this Motion, the United States states the following:

1. The Defendants, Damian K. Labeaud, Lucinda Thomas, Mary Wade, Judy Williams, Dashontae Young, Genetta Isreal, Mario Solomon, and Larry Williams ("Defendants") have been charged by Indictment with conspiracy to commit wire fraud in violation of 18 U.S.C. § 371 and substantive violations of wire fraud in violation of 18 U.S.C. §§ 1343 and 2.

2. Discovery in this matter includes documents and materials containing personal, confidential, identifying information of individuals, including medical treatment information and

individual identifying information of health insurance beneficiaries, all of which is described as "covered information."

3. To comply with its discovery obligations, the United States provided covered information to counsel for the Defendants.

4. The United States seeks to protect such covered information from misuse, and proposes the accompanying Protective Order to limit and otherwise govern the disclosure and use of covered information.

5. Accordingly, in order to protect the confidentiality of this information and to satisfy its obligations under Fed. R. Crim. P. 16, the government asks the Court to enter the following Protective Order.

6. Pursuant to the Protective Order, any covered information that is disclosed to the Defendants in this proceeding shall be held in strictest confidence by defense counsel, and access to this material shall be restricted. Access to this information shall be permitted to defense counsel staff only to the extent necessary to prepare their client's defense. Such information may be further disclosed by defense counsel to their clients and to any expert witnesses hired by the defense who must review and agree to be bound by the terms of the Protective Order. Persons to whom any such information is disclosed on behalf of the defendant shall not further disclose or disseminate this information without further Order of the Court. Documents and information that do not contain covered information are not subject to these restrictions.

WHEREFORE, the United States respectfully requests that this Court enter the attached proposed Protective Order.

Dated: January 24, 2020    Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

By:  /s/ Jared Hasten
JARED L. HASTEN
Trial Attorney
United States Department of Justice
650 Poydras Street
New Orleans, Louisiana 70130
Office: 504-680-3103
jared.hasten@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I, Jared L. Hasten, hereby certify that on January 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                      /s/ Jared Hasten
                                      Jared Hasten
                                      TRIAL ATTORNEY