TRULINCS 18455030 - OVERTON, THOMAS D - Unit: FOM-A-B

---

FROM: 18455030
TO:
SUBJECT: Motion for Reduction of Sentence for Mario Solomon
DATE: 10/15/2021 11:45:19 AM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

United States of America

v.

Mario Solomon

Defendant.

HONORABLE JUDGE FALLON
DOCKET NUMBER: 19-219-L(2)

MOTION FOR ORDER TO REDUCE SENTENCE
AND COMPASSIONATE RELEASE

*FILED NOV 10 2021 CAROL L. MICHEL CLERK — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA*

## Motion for Order to Reduce Sentence and Compassionate Release

Before the Court is Mario Solomon's motion to reduce sentence and Compassionate Release. Defendant requests that these motions be put on stay until he received response from the Warden of FCI Forrest City Medium in Forrest City, Arkansas.

## Background

A Grand Jury returned an Indictment for wire fraud against Mario Solomon. The Indictment charged Solomon with wire fraud. Pursuant to a plea agreement Solomon plead guilty to five years and was credited for 21 months.

Court of Jurisdiction: Louisiana District Court
Docket Number: 19-219-L(2)
Honorable Judge Fallon

Date Committed Indictment from December 2019
Sentenced: January 22, 2021

*TENDERED FOR FILING NOV 10 2021 U.S. DISTRICT COURT Eastern District of Louisiana Deputy Clerk*

The Court stated that my sentence was being ran concurrently with all State charges. When I got to the Bureau of Prisons, they said something different than what was Ordered. The U.S. Marshalls told me and my family that I owe the BOP One year. The U.S. Marshalls said that they have the right to go against the Court's order, unless the Judge puts it into writing. The Court's order clearly states that my sentences are being run concurrently with all other charges, and credit for time served.

## Compassionate Release

Judge, my mother is very sick. She has cancer. I'm the only one that can abide by her. I only have four months to serve. My release date to the halfway house is April 3, 2022. Therefore, I am combining a motion for a reduction of sentence and compassionate release.

Thank you for your time and consideration in this matter,

TRULINCS 18455030 - OVERTON, THOMAS D - Unit: FOM-A-B

---

Mario Solomon Register No: 38079-034
Federal Correctional Complex-Medium
P.O. Box 3000
Forrest City, AR 72336

Certificate of Service

I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____

Mario Solomon



Mario Simeon Reg. No. 38079-034
Federal Correctional Institution
- City Medium - P.O. 3000
City Arkansas 72336-0000

Clerk of the Court
500 Poydress Street Rm B-125
New Orleans, Louisiana 70130



MEMPHIS TN 380
21 OCT 2021 PM 1 L

2021 ENERGY ACTION MONTH