UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-219 |
| v. | * | SECTION: "L" |
| DAMIAN K. LABEAUD, ET AL | * | |

* * *

**O R D E R**

Considering the foregoing Motion to Withdraw Counsel;

**IT IS ORDERED** that Jared Haston is hereby withdrawn as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana, this 23rd day of June, 2022.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE